IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BETTY R. WILLIAMS | § | CASE NO. 09-11744-G |
| | § | CHAPTER 7 |
| DBA TWIN OAKS PET SERVICE | § | |
| | § | JUDGE CRAIG A. GARGOTTA |

**NOTICE OF APPEARANCE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that NATIONAL BANKRUPTCY SERVICES.COM LLC has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Fifth Third Bank**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,
NATIONAL BANKRUPTCY SERVICES.COM LLC

/s/ Hilary B. Bonial /s/ Joe M. Lozano, Jr.

Hilary B. Bonial
Joe M. Lozano, Jr.

F# 3050-N-3140
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Fifth Third Bank

## CERTIFICATE OF SERVICE

      I, Hilary B. Bonial / Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before August 10, 2009:

**Debtors' Attorney**
Elizabeth June Hickson
Attorney At Law
4833 Spicewood Springs Rd., #200
Austin, TX  78759

**Chapter 7 Trustee**
C. Daniel Roberts
1602 E. Cesar Chavez
Austin, Texas 78702

**U.S. Trustee**
Office of the US Trustee
903 San Antonio, Suite 230
Austin, Texas 78701

      /s/ Hilary B. Bonial /s/ Joe M. Lozano, Jr.

      Hilary B. Bonial
      Joe M. Lozano, Jr.

3050-N-3140
noaelect